IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RUBEN CANO-PEREZ,                                    Civil Action File No.

       Plaintiff,

v.

WAL-MART STORES EAST, L.P.
AND WAL-MART STORES, INC.,

       Defendants.

_____/

## NOTICE OF REMOVAL

COME NOW  WAL-MART STORES EAST, L.P. and WAL-MART STORES,

INC., named Defendants in the above-captioned matter, by and through their

counsel of record, within the time prescribed by law, and file this Notice of Removal,

showing the Court as follows:

1.

The above-named Plaintiff filed suit against Defendants  WAL-MART

STORES EAST, L.P. and WAL-MART STORES, INC.,  in the State Court of DeKalb

County, Georgia, which is within the Atlanta Division of this Court. 28 U.S.C.A. §

90 (a)(2).  Said lawsuit is styled as above and is numbered as Civil Action File No.

21A02372.  Plaintiff's claims against Defendants include claims of negligence.

2.

Plaintiff filed the Complaint on or about May 17, 2021.  Defendant  WAL-

MART STORES EAST, L.P. and WAL-MART STORES, INC.  received service of summons and a copy of the Complaint on May 20, 2021.  Defendant WAL-MART STORES EAST, L.P. and WAL-MART STORES, INC.  file this notice of Removal within thirty (30) days after service of summons and a copy of this Complaint.

3.

Defendant WAL-MART STORES EAST, LP is a Delaware limited partnership, of which WSE Management, LLC is the only general partner, and WSE Investment, LLC is the only limited partner. The sole member of WSE Management, LLC and of WSE Investment, LLC is Wal-Mart Stores East, LLC, and the sole member of Wal-Mart Stores East, LLC is Walmart Inc. Walmart Inc. is a Delaware corporation with its principal place of business in the State of Arkansas, and it was not a citizen of the State of Georgia at the time of or immediately prior to the filing and service of this lawsuit or at any time thereafter. The principal place of business for all entities mentioned in this paragraph is 708 SW 8th Street, Bentonville, AR  72716.

4.

Defendant Wal-Mart Stores, Inc. is now known as Walmart Inc.  Walmart Inc. is a Delaware corporation with its principal place of business in the State of Arkansas.  Walmart Inc. was not a citizen of the State of Georgia at the time of or immediately prior to the filing and service of said lawsuit, or at any time thereafter.

The principal place of business for Walmart Inc. is 708 SW 8th Street, Bentonville, AR 72716.

5.

Ruben Cano-Perez is a citizen of the State of Georgia.

6.

Complete diversity of citizenship exists between Plaintiff and Defendants.

7.

Plaintiff claims injuries to his neck, back, lower back, left shoulder, left wrist, left knee, right wrist and right thumb, pain and suffering, past medical expenses in excess of $48,107.76, future medical expenses, and has made a $250,000 settlement demand (Exhibit "A"), thereby meeting the jurisdictional requirement for federal subject matter jurisdiction. See Lowery v. Alabama Power Co., 483 F.3d 1184, 1262 n.62 (11th Cir. 2007) (quoting 28 U.S.C. § 1446(b)); Addo v. Globe Life & Accident Ins. Co., 230 F.3d 759, 761–62 (5th Cir.2000); Williams v. Safeco Ins. Co., 74 F.Supp.2d 925, 929 (W.D.Mo.1999); Southern Ins. Co. of Virginia v. Karrer, Civil Action No. 3:10–CV–84 (CAR), 2011 Westlaw 1100030 (M.D.Ga. Mar. 22, 2011); Golden Apple Management Co. v. Geac Computers, Inc., 990 F.Supp. 1364, 1368 (M.D.Ala. 1998); Jackson v. Select Portfolio Servicing, 651 F.Supp.2d 1279, 1281 (S.D.Ala. 2009); Barlow v. Variety Wholesalers, Civil Action No. 5:14-CV-375 (WLS)

(M.D.Ga. Dec. 17, 2014); <u>Devezin v. Wal-Mart Stores East, LP,</u> Civil Action No. 1:134-CV-3721 (CAP) (N.D.Ga February 20, 2015); <u>Peterman v. Wal-Mart Stores</u>, Civil Action No. 1:13-cv-91 (WLS), 2013 Westlaw 5210188 (M.D.Ga. Sept. 13, 2013); <u>Farley v. Variety Wholesalers</u>, Civil Action No. 5:13-CV-52 (CAR), 2013 Westlaw 1748608 (M.D.Ga. April 23, 2013); <u>Streicher v. Sam's East, Inc</u>., Civil Action File No. CV419-01(WTM) (S.D. Ga March 4, 2019). The amount in controversy, exclusive of interest and costs, exceeds $75,000.

8.

This action is removable pursuant to 28 U.S.C. §§ 1332, 1441, based on complete diversity of citizenship between Plaintiff and Defendants.

9.

Pursuant to the provisions of 28 U.S.C. § 1446, Defendants have attached as Exhibit "B" copies of all the pleadings that were provided to and served upon Defendants, including copies of all pleadings that have been filed to date in the State Court of DeKalb County, Georgia for the above-styled case.

10.

Pursuant to 28 U.S.C. § 1446, Defendants are not required to file a removal bond.

-4-

11.

Written notice of the filing of this Notice of Removal will be given to all parties as required by 28 U.S.C. § 1446.

12.

A true and correct copy of this Notice of Removal will be filed with the Clerk of the State Court of DeKalb County, Georgia, as required by 28 U.S.C. § 1446.

WHEREFORE, Defendants  WAL-MART STORES EAST, L.P. and WAL-MART STORES, INC. pray that the above-captioned lawsuit be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

McLAIN & MERRITT, P.C.

      /s/ Howard M. Lessinger
Howard M. Lessinger
Georgia State Bar No. 447088


      /s/ Jennie Rogers
Jennie Rogers
Georgia Bar No. 612725
Attorneys for Defendants
WAL-MART STORES EAST, L.P.
WAL-MART STORES, INC.

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326-3240
(404) 266-9171
(404) 365-4514
(404) 364-3138 (Fax)

-5-

hlessinger@mmatllaw.com

The undersigned counsel certifies that the foregoing Notice of Removal has been prepared with one of the font and point selections approved by the court in LR 5.1B.

/s/ Howard M. Lessinger
Howard M. Lessinger

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on May 28, 2021, I electronically filed a **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

McLAIN & MERRITT, P.C.

_____/s/ Howard M. Lessinger_____
Howard M. Lessinger
Georgia State Bar No. 447088
Attorneys for Defendants
WAL-MART STORES EAST, L.P.
WAL-MART STORES, INC.

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326-3240
(404) 266-9171
hlessinger@mmatllaw.com