IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RUBEN CANO-PEREZ,
    Plaintiff,
v.

WAL-MART STORES EAST, L.P.
AND WAL-MART STORES, INC.,
    Defendants.
_____/

Civil Action File No.
1:21-cv-02238-MHC

## **STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff and Defendants stipulate to the dismissal of this action in its entirety. Each party shall bear their own costs.

Submitted this 7th day of October, 2022 by:

| | |
|---|---|
| /s/ *Sharon L. Neal*<br>Kenneth W. Brosnahan, Esq.<br>Georgia State Bar No. 086345<br>Linda G. Carpenter, Esq.<br>Georgia State Bar No. 111285<br>Sharon L. Neal, Esq.<br>Georgia Bar No. 536060<br>**THE BROSNAHAN LAW FIRM**<br>31 Lenox Pointe, N.E.<br>Atlanta, GA 30324<br>Tel:  (404) 853-8964<br>Fax:  (678) 904-6391<br>E-mail:  kwb@brosnahan-law.com<br>E-mail:  lgc@brosnahan-law.com<br>Email:   sharon@brosnahan-law.com<br>**Attorneys for Plaintiff** | /s/ *Nicholas E. Deeb*<br>[Signed with express permission by Sharon Neal]<br>Nicholas E. Deeb, Esq.<br>Georgia State Bar No. 117025<br>**MCLAIN & MERRITT, P.C.**<br>3445 Peachtree Road, N.E., Suite 500<br>Atlanta, GA 30326<br>Tel:  (404) 365-4514<br>Fax:  (404) 364-3138<br>E-mail: ndeeb@mmattlaw.com<br>**Attorneys for Defendants** |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RUBEN CANO-PEREZ,
        Plaintiff,
v.

Civil Action File No.
1:21-cv-02238-MHC

WAL-MART STORES EAST, L.P.
AND WAL-MART STORES, INC.,
        Defendants.
_____/

## CERTIFICATE OF SERVICE

This is to certify that on October 7, 2022, I electronically filed a **STIPULATION OF DISMISSAL** with the Clerk of Court using CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

Nicholas E. Deeb, Esq.
MCLAIN & MERRITT, P.C.
3445 Peachtree Road, N.E., Suite 500
Atlanta, GA 30326

                              THE BROSNAHAN LAW FIRM

                              /s/ *Sharon Neal*
                              Sharon L. Neal, Esq.
                              Georgia State Bar No. 536060
                              31 Lenox Pointe, NE
                              Atlanta, Georgia 30324
                              (404) 853-8964
                              sharon@brosnahan-law.com
                              **Attorney for Plaintiff**